```
                             UNITED STATES DISTRICT COURT
                             SOUTHERN DISTRICT OF FLORIDA

                             CASE NO. 07-60248-CIV- COHN
                             MAGISTRATE JUDGE P.A. WHITE

NICHOLAS CALLENDER,          :

        Petitioner,          :

v.                           :      SUPPLEMENTAL REPORT OF
                                      MAGISTRATE JUDGE
STATE OF FLORIDA,            :            §2254

        Respondent.          :
_____
```

Nicholas Stephen Callender filed a pleading which looked like he was attacking his conviction in case no. 05-016757CF10A entered in Ft. Lauderdale, Florida. This pleading was docketed as a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 attacking a state conviction(s).

The petition was not on the form required by Rule 2(c) of the Rules Governing Section 2254 Cases and Local Rule 88.2(1)B. Instead, the petitioner filed a handwritten pleading which is disorganized and difficult to understand. The petitioner was granted leave to file an amended petition on or before April 6, 2006, on the form provided. The petitioner was also ordered to either pay the Clerk's $5.00 filing fee or file a motion to proceed in forma pauerpis on that same date. The petitioner was cautioned that failure to timely comply with the Court's Orders could result in dismissal of this case.

The petitioner failed to timely comply with the Court's Orders, and it was therefore recommended that this case be dismissed without prejudice, for lack of prosecution. The petitioner was granted permission to include an amended petition and a fee or motion to proceed <u>in forma pauerpis</u> with his objections.

The petitioner filed an amended petition on May 8, 2007, and a motion to proceed in forma pauperis (DE#8 and 9). Review of the amended petition indicates that the petitioner appears to be attacking his conviction in case no. 05-016757CF10A. The petitioner states that he was sentenced in that case on November 8, 2005, and received thirty days to complete a substance abuse program. His sentence was completed on December 14, 2005. (Petition page 1). The petitioner includes an exhibit indicating that he completed the Broward Sheriff's Office Substance Abuse Program.  He states an appeal in this case remains pending (petition p3)

The petitioner may not attack an expired sentence, as he does not meet the "in custody requirements" for a petition filed pursuant to 28 U.S.C. §2254.  Callender is no longer "in custody" on the expired sentence, and he cannot bring a federal habeas corpus action solely attacking the expired sentence. <u>See</u>: <u>Means v. Alabama</u>, 209 F.3d 1241 (11 Cir. 2000).

The petitioner stated in his original complaint that he has been confined at the J.V. Conte Facility for over seventeen months for an ongoing drug charge. The petitioner may be a pre-trial detainee and should be represented by counsel in an ongoing criminal proceedings. The Court does not interfere with ongoing state criminal proceedings in which the petitioner is represented by an attorney. Further, petitions filed pursuant to 28 U.S.C.§ 2254 may only be used when a conviction has been entered, following exhaustion of all available state remedies.

The amended petition fails to raise any claims that are cognizable in a §2254 proceeding. The petitioner may file a second amended petition with his objections, _only_ if he is in custody for a conviction in which he is serving a sentence that has not expired. The petitioner must clearly state the conviction under attack, the sentence received, and the constitutional violations related to his conviction.

It is therefore recommended that this petition be dismissed, without prejudice, for failing to raise any cognizable claims, and that the motion to proceed in forma pauperis be granted. (DE#8 and 9).

Objections to this Report may be filed within ten days after receipt of this Report.

Dated this 14th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE


cc: Nicholas Callender, <u>Pro Se</u>
    Joseph V. Conte Facility
    P.O. Box 407016
    Ft. Lauderdale, FL 33340