

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60248-CIV-COHN/SNOW

NICHOLAS CALLENDER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

## ORDER MODIFYING SUPPLEMENTAL REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING CASE

**THIS CAUSE** is before the Court upon a Supplemental Report and

Recommendation regarding Petitioner Nicholas Callender's Petition for Writ of Habeas

Corpus, pursuant to 28 U.S.C. §2254 [DE 10].  Pursuant to 28 U.S.C. §636(b)(1), the

Court has conducted a *de novo* review of the record herein, including the Motion, the

Report and Recommendation, and Petitioner's Objections [DE 11], and is otherwise

fully advised in the premises.

The Report and Recommendation, submitted by United States Magistrate Judge

Patrick A. White on May 14, 2007, concludes that Petitioner does not meet the in

custody requirements for a petition filed pursuant to 28 U.S.C. §2254 because, based

on his pleadings, he is attempting to challenge an expired sentence.  In his pleadings,

Mr. Callender states that he was sentenced to a thirty day drug treatment program in

case no. 05-016757CF10A, completed that program, but was still being held because

of a computer or clerical error.  Based on a review of public records, the Court has

learned that this case is ongoing and set for trial on the two-week trial docket beginning

May 29, 2007.  Mr. Callender also has another open case, case no. 05-008862CF10A, which is also currently set for trial and in which bond was denied to Mr. Callender.  The drug treatment program to which Mr. Callender refers in his Petition was simply to provide him assistance while he was incarcerated and awaiting trial on the pending charges, it was not a final disposition or sentence in any of his cases.  Thus, the Court concludes that no conviction has been entered in the case challenged by Mr. Callender, and he is being held legally pursuant to currently pending charges.

Petitions filed pursuant to 28 U.S.C. §2254 may be used only when a conviction has been entered, following exhaustion of all available state remedies.  With respect to case no. 05-016757CF10A, the case that Mr. Callender has challenged in his Petition, no conviction has been entered, and so Mr. Callender may not challenge this case in federal court at this time.  Mr. Callender did not file a second amended petition with his Objection, rather simply repeating his challenge to case no. 05-016757CF10A, which for the reasons state above, cannot be considered by the Court until a conviction is entered and Mr. Callender exhausts all state remedies.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1. The Supplemental Report of Magistrate Judge Patrick A. White [DE 10] is **MODIFIED.**

2. Petitioner Nicholas Callender's Amended Petition for Writ of Habeas Corpus [DE 9] is **DENIED.**

3. All pending motions are **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this _31st_ day of May, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Nicholas Callender, pro se
Joseph V. Conte Facility
P.O. Box 407016
Fort Lauderdale, FL  33340

3